United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-4260

_____

The Prudential Insurance Company     *
of America; Pruco Life Insurance      *
Company,     *
    *
         Appellees,     *
    *    Appeal from the United States District
     v.     *    Court for the Eastern District of
    *    Missouri.
Barry-Wehmiller Company,     *
    *         [UNPUBLISHED]
         Appellant.     *
    *

_____

Submitted: May 15, 1998
Filed: May 29, 1998

_____

Before BEAM, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Barry-Wehmiller Company appeals from the district court's[1] order granting summary judgment to The Prudential Insurance Company of America and Pruco Life Insurance Company (collectively, "Prudential"). Prudential loaned Barry-Wehmiller fifteen million dollars pursuant to an agreement that required Barry-Wehmiller to pay

_____

[1]The Honorable Jean C. Hamilton, Chief United States District Judge for the Eastern District of Missouri.

a "Yield-Maintenance Amount" if Barry-Wehmiller repaid the loan prior to its due date. When Barry-Wehmiller prepaid the loan, but failed to pay the "Yield-Maintenance Amount," Prudential brought this breach of contract action. Having carefully reviewed the parties' submissions, we conclude that the district court did not err. See 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.